**GENOVA BURNS LLC**
Brian D. MacNiven, Esq.
494 Broad Street
Newark, New Jersey 07102
(973) 387-7805
*Attorneys for Defendant,*
*Reliable Healthcare Logistics, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EDGAR HERNANDEZ OSORTO<br><br>Plaintiff,<br><br>v.<br><br>ERNIE TATEM, RELIABLE HEALTHCARE LOGISTICS, LLC, GREEN HORNET LOGISTICS, INC., AUROLIFE PHARMA, LLC, JOHN and JANE DOES 1-10 (fictitious unidentified individuals) and ABC CORPORATIONS 1-10, (fictitious individuals, corporations or other business entities presently unidentifiable),<br><br>Defendants. | Case No. 3:25-cv-14638-MAS-TJB<br><br>***Document filed electronically***<br><br><u>**Civil Action**</u><br><br>**STIPULATION AND CONSENT ORDER VACATING DEFAULT AND WITHDRAWING MOTION FOR DEFAULT JUDGMENT** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Edgar Hernandez Osorto ("Plaintiff") and Defendant Reliable Healthcare Logistics, LLC ("Reliable Healthcare"), through their undersigned counsel as follows:

1.    The Clerk's Entry of Default dated October 8, 2025, against Reliable Healthcare for failure to plead or otherwise defend is hereby vacated; and

2.    Plaintiff's motion for Default Judgment against Reliable Healthcare (ECF No. 9) is hereby withdrawn.

2

**GINARTE GONZALEZ & WINOGRAD LLP**

By:   *s/Ronald A. Rosa*
        Ronald A. Rosa
        400 Market Street
        Newark, New Jersey 07105
        Telephone: (973) 845-8458
        Rrosa@ginartelaw.com

*Attorneys for Plaintiff Edgar Hernandez Osorto*

Dated this ___13___ day of March 2026.

**GENOVA BURNS LLC**

By:   *s/ Brian D. MacNiven*
        Brian D. MacNiven
        494 Broad Street
        Newark, New Jersey 07102
        Telephone: 973-387-7805
        bmacniven@genovaburns.com

*Attorneys for Defendant Reliable Healthcare*

Dated this __13__ day of March 2026.


**SO ORDERED:**


Dated this 16th day of March 2026.

s/Tonianne J. Bongiovanni
Hon. Tonianne J. Bongiovanni, U.S.M.J.

2